

**IT IS ORDERED as set forth below:**

**Date: March 9, 2016**

_____

**Paul W. Bonapfel**
**U.S. Bankruptcy Court Judge**

_____

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE: | : CHAPTER 11 |
| | : |
| EDMUND LINCOLN ANDERSON, | : CASE NO 15-70094-PWB |
|     Debtor. | : |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - | - - - - - - - - - - - - - - - - - - - - - - - - - - - - - |
| SELECT PORTFOLIO SERVICING, INC. | : |
| AS SERVICER FOR HSBC BANK USA | : |
| NATIONAL ASSOCIATION, AS TRUSTEE | : |
| ON BEHALF OF THE CERTIFICATE | : |
| HOLDERS OF DEUTSCHE ALT-A | : |
| SECURITIES MORTGAGE LOAN TRUST, | : |
| SERIES 2007-OA3, | : |
| | : |
|     Movant, | : CONTESTED MATTER |
| v. | : |
| | : |
| EDMUND LINCOLN ANDERSON, | : |
| UNITED STATES TRUSTEE, Trustee, | : |
|     Respondents. | : |
| | : |

## INTERIM ORDER ON MOTION FOR RELIEF
## FROM AUTOMATIC STAY

Select Portfolio Servicing, Inc. as servicer for HSBC Bank USA National Association, as

Trustee on behalf of the certificate holders of Deutsche Alt-A Securities Mortgage Loan Trust, Series

2007-OA3, for itself, its successors and assigns (the "Movant"), filed a Motion for Relief from Automatic Stay (the "Motion") January 11, 2016, which was set for hearing on **February 23, 2016** (the "Hearing"). Movant seeks relief as to Debtor`s real property located in Los Angeles County, California, now or formerly known as 1932 WEST 37TH PLACE, LOS ANGELES, CA 90018 (the "Property"), as more particularly described in Exhibit "B" attached to the Motion. Movant asserts that the Motion was properly served and hearing properly noticed.

Counsel for the Movant and counsel for the Debtor had reached a tentative agreement prior to the Hearing. At the Hearing, the Court heard argument from counsel for the Movant, counsel for the Debtor, and counsel for the United States Trustee.

Based on statements of counsel and all matters of record, it is hereby

ORDERED that the February 1, 2016 adequate protection payment in the amount of $2,409.91 held in an escrow account maintained by Debtor's counsel shall be tendered to and accepted by Movant (see prior Interim Order at Dkt. # 43). It is further

ORDERED that the Debtor shall make adequate protection payments in the amount of $2,409.91 per month to Movant beginning March 1, 2016. It is further

ORDERED that the Movant will continue to review the Debtor for a loan modification and the Debtor shall provide any requested documentation/information relating to the loan modification to Movant within 14 days of said request. It is further

ORDERED that Movant shall request the Court schedule a hearing if the Debtor fails to timely tender payments as detailed above, fails to timely tender requested documentation/information as detailed above, or if the loan modification negotiations result in a denial. It is further

ORDERED that the Court will again consider the relief requested in the Motion at the reset hearing scheduled for June 21, 2016, at 11:00 AM in Courtroom 1401, United States Courthouse, Richard B. Russell Bldg., 75 Ted Turner Drive, S.W., Atlanta, Georgia.

**[END OF DOCUMENT]**

Prepared and Submitted by:

/s/ Lisa F. Caplan
Lisa F. Caplan
GA State Bar No. 001304
Rubin Lublin, LLC
3740 Davinci Court, Suite 150
Peachtree Corners, GA 30092
(877) 813-0992
lcaplan@rubinlublin.com
Attorney for Creditor

DISTRIBUTION LIST

Edmund Lincoln Anderson
1964 Saxon Valley Circle
Atlanta, GA 30319

Tami Wells Thomas, Esq.
The Wells Thomas Law Firm, LLC
2385 Wall Street SE
Conyers, GA 30013

United States Trustee, Trustee
Office of the US Trustee
75 Ted Turner Drive, SW, Suite 362
Atlanta, GA 30303

Lisa F. Caplan, Esq.
Rubin Lublin, LLC
3740 Davinci Court, Suite 150
Peachtree Corners, GA 30092